𝕹𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                                                          214/753-2400
U.S. Magistrate Judge David L. Horan

February 12, 2015

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:15-cv-488-P-BN, *Davis v. Southern Methodist University*

Dear Ms. Mitchell:

      I hereby recuse myself from the above-referenced matters pursuant to the provisions of 28 U.S.C. § 455. I would appreciate it if you would please reassign these cases to another magistrate judge in accordance with the usual procedure.

                                                                       Sincerely,

                                                                         David L. Horan

cc:    Chief Judge Solis