**DECLARATION**

I, Chelsea Lynn Davis, state on my oath, making the following DECLARATION:

"I, Chelsea L. Davis, make this DECLARATION on personal knowledge. I am competent to testify on the matters stated. My past due lost wages damages amount to $3,578,750. I hereby cancel my authorization for direct deposit dated April 8, 2010 addressed to Leslie D. Ware and PanOptis IP LLC. Leslie D. Ware intentionally infected me with the particular worst DNA-type of the Human Papilloma Virus that is certain to cause cervical cancer, and I do not have any money left to have the operation that my doctor has recommended to have my cervix removed, which will prevent me from ever having children. I swear that Leslie D. Ware intentionally sadomasochistically sexually abused me with deep throat penetrations of his sexual organ, causing me throat pain which is likely to develop into throat cancer, and anal penetrations without lubricant, causing me rectal bleeding and permanent colon damage for which I now lack health insurance coverage and which is likely to develop into colon cancer, and Leslie Ware forced me to drink his urine and eat feces. He strangled me and suffocated me. I cannot afford health insurance coverage, and I do not have any income to qualify for Obamacare. I declare under penalty of perjury that this Declaration within the quotation marks is true and correct."

Dated: Feb. 13, 2015                    Signed: /s/Chelsea L. Davis.

                                        CHELSEA L. DAVIS
                                        Texas Bar No. 24059652
                                        USPTO Reg. No. 63,791

Dated: Feb. 13, 2015                    Respectfully submitted,


                                        /s/Chelsea L. Davis
                                        Chelsea L. Davis, *pro-se*

                TX BAR NO. 24059652
                MAILING ADDRESS:
                25 Highland Park Vlg., Ste. 100-830
                Dallas, TX 75205
                Telephone:  (469) 426-5850
                Facsimile: (469) 533-0466
                cdavis@chelseadavispc.com

## **CERTIFICATE OF SERVICE**

Pursuant to Tex. R. Civ. P. 21, this is to certify that a true and correct copy of this instrument is being filed electronically, sent concurrently to counsel of "record" by electronic filing service provider as permitted by Tex. R. Civ. P. 21a.  I hereby certify that I have served this instrument on all counsel and/or pro se parties of "record" electronically by email, by overnight mail and/or by facsimile to the Chief Disciplinary Counsel or Office of Chief Disciplinary Counsel, or, as a pro-se party, on the date it is electronically docketed in the entity/court's CM/ECF filing system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules for the United States District Court for the Eastern District of Texas.

Dated:  Feb. 13, 2015                                                  /s/Chelsea L. Davis
                                                                                 Chelsea L. Davis, *pro-se*